

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION


UNITED STATES OF AMERICA

vs                                    Criminal No. 1:05-10070-01-T

RICCO L. CONNER


### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for the defendant the trial date of December 21, 2005, is continued to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk of the Court shall reset the trial date for Wednesday, January 25, 2005 at 9:30 a.m., and the report date is reset for Friday, January 13, 2005 at 9:15 a.m. The Court finds that the grounds for this continuance justifies excluding the period from December 21, 2005 to January 25 2006, as excludable delay under Title 18 U.S.C.§3161(h)(3)(A) and (B)(iv).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 14 December 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/16/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CR-10070 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT